UNITED STATES DISTRICT COURT
For the District of Columbia
Washington, DC

| | |
|---|---|
| **ROBERT B. HALLIDAY**, iii<br>*Parent of Private Richard K. Halliday, Army Asset*<br>and<br><br>**PATRICIA M. HALLIDAY**,<br>*Parent of Private Richard K. Halliday, Army Asset*<br>　　　　　　　　　　　　　　**Plaintiffs**<br><br><br>**WILLIAM BARR**<br>*Attorney General of the United States*<br><br>v<br><br>**CHRISTOPHER A. WRAY**,<br>*Direct of the Federal Bureau of Investigation*<br>　　　　　　　　　　　　　　**Defendants** | Case: 1:20-cv-03444   (F Deck)<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 11/20/2020<br>Description: Pro Se Gen. Civil<br><br>not redacted |

1　TREATMENT OF A MISSING ASSET, PRIVATE RICHARD K. HALLIDAY SHOULD
2　BE TREATED NO DIFFERENT THAT ANY OTHER MILITARY ASSET MISSING[1]
3
4　　**CASE MANAGER:** *The Clerk of the U.S. District Court of Columbia*
5　　*should immediately process this action and walk the complaint directly to*
6　　*the Chief Judge of the Court for an Emergency Court Order directed to the*
7　　*Defendants in Authority listed in the Complaint, William Barr, Attorney*
8　　*General of the United States; and Christopher A. Wray, Director of the*
9　　*Federal Bureau upon action putting into hand said Orders to Investigate*
10　*and to Produce Proof to the Court AO-91 investigative forms.*
11　　*Upon Order and Proof of Investigation by submitting AO-91*
12　*investigation forms, only apprising the Plaintiffs of the same, Sealed or*
13　*Unsealed,. the Court or the Plaintiff, will dismiss this case with prejudice*
14　*based on In Absentia Satisfaction of the Mandate being to the full*
15　*satisfaction of the Plaintiffs. Plaintiff's are unsure if they have a Private*
16　*Right of Action if resultant investigation reveals Criminal Activity.*

17　EMERGENCY ACTION FOR MANDATE ORDER TO COMPEL AN OFFICER OF THE
18　　　UNITED STATES TO PERFORM HIS DUTIES TO INVESTIGATE THE
19　　DISAPPEARANCE OF PRIVATE RICHARD K. HALLIDAY, 28 USC §1361
20　　　*- an obligation owing the Plaintiffs by the people of the United States -*

21　　Comes now Plaintiffs; Robert B. Halliday and Patricia Halliday who move for emergency

22　and immediate mandate. via Court Order (mandate) under 28 USC §1361, demanding obligation

---

[1] AO-91 is a criminal investigative court form - cause of action establishes probable criminal activity!
**EMERGENCY MANDAMUS ACTION TO ORDER AN OFFICER OF THE UNITED STATES TO INVESTIGATE THE DISAPPEARANCE OF PRIVATE RICHARD K. HALLIDAY, BEING PROPERTY OF THE U.S. USING FORM AO-91**

Page 1.

*1*

23   to investigate by the Responsible Defendants rather than the United States Army providing "child
24   like excuses for the loss of its property" which absolutely encumbers the people of the United
25   States as a duty owing the Petitioners and still found in inventory as a valuable human being and
26   military asset, Private Richard K. Halliday.  The arrogance of the CID and Officers Involved of
27   the United States Army has created an aura of grief making closure insurmountable as well as
28   hopeless as to finding closure or to the whereabouts of Plaintiffs' son; Private Richard K.
29   Halliday, SSN:                 ; born 24 June 1999 in Gliwice, Poland; adopted in 2005.  Private
30   Richard K. Halliday's disappearance from Fort Bliss Military Reservation materialized in July of
31   2020 which has been too long and is unfathomable subsequently triggering a family cause for
32   alarm demanding immediate action and if so established to seek justice of those who have
33   perpetrated or covered up the disappearance under the purview of the Defending Parties so
34   captioned.

35   **NATIONAL IMPORTANCE, DISAPPEARANCE OF PRIVATE RICHARD K. HALLIDAY**

36   This Complaint is of National Importance regarding the disappearance of Military
37   Personnel from a Military Base in which a criminal aura of misconduct, considering the Fort
38   Polk debacle is beyond the internal affairs of the United States Army and its Criminal
39   Investigation Division.  The CID has failed to do its most rudimentary duties concerning
40   underlying civil criminal matters requiring investigation and of those perpetrators that may be in
41   military uniform who may have stymied the CID by military rank and in the process usurping the
42   rights of the Victim, Robert B. Halliday, keeping in mind 18 USC §241 and 18 USC §242
43   thwarting justice to the Plaintiffs

44   **PRAYER FOR RELIEF, ISSUANCE OF MANDATE AND CONCLUSION**

45   Vehemently and in summary, Plaintiffs seek closure, seeking an immediate emergency
46   mandamus action via Court Order directed to the Defendants, forcing the Defendants to supply
47   proof of investigation and further by submission of Investigative Form AO-91 under seal or other
48   wise but giving notification of the same to the family, and without delay relieving the CID of its

49 duties based on dereliction who have shammed the Plaintiffs by their hideously displayed
50 retaliation and through arbitrary abrasive dispassionate action concerning the given victim,
51 Private Richard K. Halliday.

52 Succinctly: Jurisdiction is, Federal Government Defendant 28 USC §1331, and Protocol
53 28 USC §1361. Such mandate requires waiver of the 60 day requirement to commence this
54 action, and further this mandate spills into the United States Criminal Code by a deliberate
55 withholding of information, of which probable cause may hover around 18 USC §241 in
56 conspiracy, and under color pursuant to 18 USC §242 between members of the United States
57 Military. Further, investigation may establish a likelihood of these civil rights violations against
58 the Civil Rights of Private Halliday.

59 Private Halliday is in the United States Army when he disappeared or was abducted, or
60 became a victim of foul play. A probable cause upon investigation should establish proof of a
61 lack of concern by policing and investigative authorities taking into consideration commanding
62 structure of the 1-43 ADA Battalion, 11th ADA Brigade, Fort Bliss, Texas which establishes the
63 failure of the Captain of the Company, Captain David H. Park, Battery Commander to move
64 through the Sergeant Major and through Private Richard K. Halliday's Battalion Commander,
65 based on the failure to report crucial combat readiness protocol, of whom responsibility falls, on
66 Command Sergeant Major Albert Fletcher and the (replaced) Battalion Commander LTC
67 Michael R. Rodick 1-43 Battalion to be so apprised of the disappearance.

68 The United States Army. CID (Criminal Investigation Division) and the 1-43 ADA
69 Battalion, 11th ADA Brigade, Fort Bliss, Texas have gone no further and have only considered
70 the said treating of the disappearance of Private Richard K. Halliday as an AWOL waiving their
71 authority compromising the closure of an investigation into possible misconduct thus concealing
72 of the perpetrators. It is true that the Victim were being processed from removal from the service
73 based on a scheduled discharge for a DUI, and an Article XV Order from the Captain for leaving
74 base during lock down for Covid19.

75      With recent cover ups in Texas in which results have ended up in tragedy and clear cut
76 murder established on military bases, the Plaintiffs herewith, demand investigation of Private
77 Halliday under the criminal statutes of the United States 18 USC §241/242, and under the
78 authority of 28 USC § 1361, in the national interests of the United States to order a Mandate
79 forcing William Barr, Attorney General of the United States, found in the District of Columbia
80 along with Christopher A. Way, Director of the FBI to prove to commence an immediate
81 investigation by supplying sealed or unsealed AO-91 investigative forms to the court by
82 authorities and apprising the Plaintiffs that said filings, even though sealed have been processed
83 as a duty owing the Plaintiff, and for the same to seek prosecution of all the parties involved.

84      Conclusively, Plaintiffs cause for a Order of Mandate should and must be considered
85 immediately by the Chief Judge or the Court or the Judge so Assigned in the District Court as an
86 alternative. This generated Order to Investigate the Disappearance of Private Halliday, should be
87 granted and must be granted. Defendants must be Ordered via mandate to perform said
88 investigation in the National Interest for Private Richard K. Halliday as a duty owing the Plaintiffs.

89      *Respectfully submitted,*

90
91      _____
92      **ROBERT B. HALLIDAY, iii, LTC, U.S. Army, Ret.,** rhalliday1@mac.com
93      *Movant and Parent of the Missing Army Asset, Private Richard K. Halliday*
94      *6289 Jerry Turner St., El Paso, Texas 79932-2122;*
95      (941) 284-6754
96      and
97      _____
98      **PATRICIA M. HALLIDAY,** rhalliday1@mac.com
99      *Movant and Parent of the Missing Army Asset, Private Richard K. Halliday*
100     *6289 Jerry Turner St., El Paso, Texas 79932-2122*
101     (941) 284-6754
102 Certificate of Service: Send to the Attorney Gener William Bar, DOJ Court Input Clerk; 950
103 Pennysylvania Ave. NW, Washington DC and to FBI Director Cristopher A. Wray, Washington,
104 DC. 20530-0001.

105 COURT TRACKING: EJ 480 160 455 US
106 FILING TRACKING: 9114 9012 3080 1876 6906 85